**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1226**

---

ALFRED RONSDORF,

Plaintiff - Appellant,

versus

THE CHASE MANHATTAN BANK, N.A.,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-95-2729-L)

---

Submitted:  July 24, 1997          Decided:  August 6, 1997

---

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Alfred Ronsdorf, Appellant Pro Se.  David Bart Goldstein, DANEKER, MCINTIRE, DAVIS, SCHUMM, PRINCE & GOLDSTEIN, P.C., Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order expressing its intention to retain possession of contested funds pending the discovery of a more appropriate repository and requesting a status report. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

As a result, we grant the Appellee's motion and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2